# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLISON KITTREDGE,**

**Plaintiff,**

-vs-                                               **Case No.  6:06-cv-1705-Orl-28KRS**

**COUNTY TRANSPORTATION GROUP, INC.,**

**Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc. No. 13) filed February 27, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part, and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed April 20, 2007 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Entry of Default Judgment is **GRANTED in part** and **DENIED in part.**

3.     Default judgment is entered against Defendants County Transportation Group, Inc. and Eric Primavera on Plaintiff's Fair Labor Standards Act claims for unpaid overtime compensation.

4.     Defendants County Transportation Group, Inc. and Eric Primavera are **ORDERED** to pay Plaintiff Allison Kittredge damages, jointly and severally, in the amount of $2,250.00; attorney's fees in the amount of $2,313.50; and costs in the amount of $426.75.

5.     The Clerk of the Court shall issue a judgment consistent with this Order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11___ day of May, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party